UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YULI DING & BLEDAR ALLUSHI,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, SECRETARY OF STATE; YURI KIM, AMBASSADOR, U.S. EMBASSY – ALBANIA; PEGGY PETROVICH, DIRECTOR, NATIONAL VISA CENTER,<br><br>    Defendants. | Case No. 2:21-cv-08137-CBM-Ex<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL [JS-6]** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiffs against Federal Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

IT IS SO ORDERED.

Dated: APRIL 19, 2022

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge